UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                            Case No. 23-cr-20062

        Plaintiff,                     Hon. Mark A. Goldsmith

v.

D-1 WALID JAMIL

        Defendant.

---

### STIPULATION TO CONTINUE SENTENCING

---

The United States of America, by its undersigned attorney, and the Defendant, by and through her undersigned counsel, stipulate to a continuation of the sentencing date, presently set for October 30, 2024, for a period of at least ninety days. The continuance is necessary to allow Mr. Jamil to be sentenced at around the same time as his co-conspirators, should they be convicted at trial (*United States v. Jamil, et al.*, 23-cr-20062 (E.D. Mich.) (Goldsmith, J.)), which is presently scheduled to commence on November 19, 2024.

      SO STIPULATED.

      A proposed Order in accordance with this Stipulation is attached.

Respectfully Submitted,

s/Shankar Ramamurthy  
Shankar Ramamurthy  
Trial Attorney  
Department of Justice  
Criminal Division, Fraud Section  
211 W. Fort St., Suite 2001  
Detroit, MI 48226  
Shankar.ramamurthy@usdoj.gov  

s/Vincent J. Toussaint (By Consent)  
Vincent J. Toussaint, Esq.  
Toussaint Law  
24901 Northwestern Hwy., Ste. 612  
Southfield, MI 48075  
Tel: (313) 878-6699  
Email: vjtoussaint@netscape.net  
*Counsel for Walid Jamil*

Date:  October 29, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                        Case No. 23-cr-20062

    Plaintiff,                      Hon. Mark A. Goldsmith

v.

D-1 WALID JAMIL

    Defendant.

## ORDER

Upon stipulation of the parties and the Court being fully advised of the circumstances,

**IT IS HEREBY ORDERED** that Defendant's sentencing date shall be and is hereby continued to January 27, 2025, at 3:00 p.m.

**SO ORDERED**.

                                                  s/Mark A. Goldsmith
                                                  Hon. Mark A. Goldsmith
                                                  United States District Judge

Dated:  November 12, 2024